E. B. O'Berry, Petitioner, v. Seaboard Air Line Railway Company, a Corporation, Respondent.

Original Proceeding.

Petition for a Writ of Certiorari denied by the Court.

R. B. Sturkie, for Petitioner.

---

Walter Waldin, *et al.*, Plaintiffs in Error, v. B. A. Gallagher, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Dade County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

F. H. Rand, Jr., and J. L. Billingsley and E. B. Kurtz, for Plaintiffs in Error;

L. R. Railey, for Defendant in Error.

---

St. Petersburg Novelty Works, a Corporation, Plaintiff in Error, v. C. W. Springstead, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Pinellas County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Davis & Sellers, for Plaintiff in Error;

C. C. Whitaker and Karl Whitaker, for Defendant in Error.